UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO CALDERON, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil No.07cv288-L(NLS) <br><br> **ORDER RE: JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** <br><br> [Doc. No. 6] |

An Early Neutral Evaluation Conference ("ENE") is currently scheduled in the above-captioned matter on May 23, 2007 at 9:30 a.m. Before the Court is the parties' Joint Motion requesting that the ENE be continued for approximately one week [Doc. No. 6]. Because the motion did not indicate the purpose for the request, the Court contacted counsel, who advised that defense counsel has previously scheduled court matters to attend to on May 23, 2007, and therefore is not available on that date to attend the ENE. However, the date requested by the parties to reschedule the ENE is not available on the Court's calendar. Accordingly, the ENE is hereby **VACATED** and **RESET** for *__May 22, 2007__* at *__3:00 p.m.__* The ENE will be held **telephonically**. Defense counsel shall be responsible for initiating the telephonic ENE. All other terms and conditions of the Court's Notice and Order setting the ENE [Doc. No. 5] remain in full force and effect.

**IT IS SO ORDERED**.

DATED: May 4, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge

1                                                               07cv288-L(NLS)