UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO CALDERON, ) | Civil No.07cv288-L(NLS) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING JOINT MOTION** |
| v. ) | **TO EXCUSE PLAINTIFF FROM** |
| ) | **TELEPHONIC EARLY NEUTRAL** |
| UNITED STATES OF AMERICA, ) | **EVALUATION CONFERENCE** |
| ) | |
| Defendant. ) | [Doc. No. 8] |
| ) | |

A telephonic Early Neutral Evaluation Conference ("ENE") is currently scheduled in the above-captioned matter on May 22, 2007 at 3:00 p.m. Before the Court is the parties' Joint Motion requesting that Plaintiff Rocio Calderon be excused from appearing at the telephonic ENE [Doc. No. 8]. The brief motion states no reason for the request, and was filed only two (2) court days prior to the ENE. The lack of good cause shown and the tardiness of the request notwithstanding, the Court **GRANTS** the joint motion, and Plaintiff is excused from appearing telephonically at the ENE. However, the Court cautions counsel for both parties that any future request to excuse Plaintiff from personal or telephonic Court appearances shall not be granted absent a showing of good cause for the request.

**IT IS SO ORDERED**.

DATED: May 21, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge