|   |   |
|---|---|
| 1 |   |
| 2 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROCIO CALDERON, | ) | Civil No.07cv288-L(NLS) |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **ORDER FOLLOWING EARLY** |
| v. | ) | **NEUTRAL EVALUATION** |
|  | ) | **CONFERENCE, SETTING RULE 26** |
| UNITED STATES OF AMERICA, | ) | **COMPLIANCE, AND NOTICE OF** |
|  | ) | ***TELEPHONIC* CASE MANAGEMENT** |
| Defendant. | ) | **CONFERENCE** |
|  | ) |  |
|  | ) |  |

On May 22, 2007, the Court convened a telephonic Early Neutral Evaluation Conference in the above-entitled action. The case did not settle. The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

1. Counsel are ordered to appear **telephonically** on *July 6, 2007* at *11:00 a.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Defense counsel shall initiate the telephonic conference.

2. The Rule 26(f) conference shall be completed on or before *June 15, 2007*.

3. A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before *June 25, 2007*. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

4. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before *June 29, 2007*.

/ / /

1 | Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.
2 | Each responsible attorney of record and all parties representing themselves shall participate in the
3 | conference.  Represented parties need not participate.
4 | Failure of any counsel or party to comply with this order will result in sanctions.
5 | **IT IS SO ORDERED.**
6 | DATED:  May 22, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge